# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-08-00571-CV

**In re Benny Wayne Stewart**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Benny Wayne Stewart has filed a petition for writ of mandamus, asking that we compel Nathaniel Quarterman, the Executive Director of the Texas Department of Criminal Justice, and Rissie Owens, the Chair of the Texas Board of Pardons and Paroles, to comply with certain statutes governing disciplinary procedures against inmates of TDCJ.[1]  *See* Tex. R. App. P. 52.8.  We lack the authority to issue a writ against respondents in this case.  *See* Tex. Gov't Code Ann. § 22.221 (West 2004) (courts of appeals have general mandamus authority over trial court judges and may issue writs to non-judge respondents only to protect jurisdiction).  We therefore deny the petition for writ of mandamus.

---

[1]  Relator addressed and mailed his petition to the Travis County District Clerk, who forwarded the petition to this Court.  Trial courts have limited mandamus authority over public officials, *see Sheppard v. Thomas*, 101 S.W.3d 577, 580 (Tex. App.—Houston [1st Dist.] 2003, pet. denied), but "[o]nly the supreme court has the authority to issue a writ of mandamus . . . against any of the officers of the executive departments of the government of this state to order or compel the performance of a judicial, ministerial, or discretionary act or duty that . . . the officer or officers are authorized to perform."  Tex. Gov't Code Ann. § 22.002(c) (West 2004).

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   September 26, 2008